IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA CRUZ                              *
                                        *
       Plaintiff                        *
                                        *   Civil No. 97-2563(SEC)
v.                                      *   Title VII – Sexual Harassment
                                        *
RADTEC, INC., et al.                    *
                                        *
       Defendants                       *
**************************************

## JUDGMENT

Pursuant to Opinion and Order of even date, plaintiff's claim of sexual harassment under 42 U.S.C. § 2000e-2(a)(1) are **DISMISSED**. Furthermore, plaintiff's supplemental law claims under Puerto Rico law are **DISMISSED WITHOUT PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

(2)



AO 72A
(Rev.8/82)