UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARIA CRUZ
    Plaintiff
        v.                                        Civil No. 97-2563(SEC)
RADTEC, INC., ET. AL.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #40**<br>**Motion Requesting Extension of Time** | According to Fed. R. Civ. P. 59(e), any motion to alter or amend judgement must be filed within 10 days of the entry of the judgement. After computation of time pursuant to Fed. R. Civ. P. 6(a), the Court finds that the motion requesting an extension was filed after the time for requesting reconsideration had expired, therefore, the motion is hereby **DENIED**. |

DATE: October 26, 1999

SALVADOR E. CASELLAS
United States District Judge

